UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

LUCIANO ESCALERA ZAMORA,

    Petitioner,

v.

                               No. 1:26-CV-317-H

MARCELLO VILLEGAS, et al.,

    Respondents.

## ORDER

Before the Court is Luciano Escalera Zamora petition for a writ of habeas corpus. Dkt. No. 1. The respondents advise the Court that Escalera Zamora has been removed from the United States. Dkt. No. 8 at 1. Because Escalera Zamora is no longer in custody, the Court concludes that his claims are moot. *See Nieto-Ramirez v. Holder*, 583 F. App'x 330, 331–32 (5th Cir. 2014) (dismissing as moot a challenge to mandatory detention because the petitioner had been deported, meaning the court "could not effect [a] bond hearing"). Thus, the petition (Dkt. No. 1) is dismissed for lack of jurisdiction.

The Court will enter judgment accordingly.

So ordered on July 27, 2026.

_____

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE